IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONIA ROUNSAVALL                                    PLAINTIFF

VS.                  3:18-CV-00039 BRW/BD

SOCIAL SECURITY ADMINISTRATION                     DEFENDANT

## ORDER

I have reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Tonia Rounsavall's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 24th day of September, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE